IN THE MATTER OF THE SUSPENSION OR REVOCATION OF THE LICENSE OF WILLIAM M. PACK, M.D. LICENSE NO. 16921 TO PRACTICE MEDICINE AND SURGERY IN THE STATE OF NEW JERSEY.

January 14, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. SUSAN M. WEISMAN.

January 14, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. ANDREW BISESI.

January 14, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. DARRYL TICE.

January 14, 1985.

Petition for certification denied.